IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SPENSER DANIELS,**

    **Petitioner,**

v.                                            **Case No. 4:14cv467-MW/CAS**

**JULIE L. JONES, Secretary,**
**Florida Department of Corrections,**

    **Respondent.**
_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 19, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 20. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 15, is **GRANTED**. Petitioner's amended § 2254 petition for writ of habeas corpus, ECF No. 6, is **DISMISSED**. A certificate of appealability is **DENIED** and leave to appeal *in forma pauperis* is

**DENIED**."   The Clerk shall close the file.

**SO ORDERED on December 2, 2015.**

                                              <u>**s/Mark E. Walker**</u>
                                              **United States District Judge**